IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **SPIDER SEARCH ANALYTICS LLC** | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:17-cv-00162-RWS-KNM |
| v. | § § | JURY TRIAL DEMANDED |
| **SEARS HOLDINGS MANAGEMENT CORPORATION,** | § § § | |
| Defendant. | § | |

## MOTION TO DISMISS VOLUNTARILY WITH PREJUDICE

Plaintiff Spider Search Analytics LLC ("SSA") pursuant to Fed. R. Civ. P. 41 (a), hereby move for an order dismissing all claims by SSA against Defendant Sears Holding Management Corporation, in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorney's fees.

1

Dated: May 12, 2017               Respectfully Submitted,

                              By: */s/Eugenio J. Torres-Oyola*
                              Eugenio J. Torres-Oyola
                              USDC No. 215505
                              Ferraiuoli LLC
                              221 Plaza, 5th Floor
                              221 Ponce de León Avenue
                              San Juan, PR 00917
                              Telephone: (787) 766-7000
                              Facsimile: (787) 766-7001
                              Email: etorres@ferraiuoli.com

                              Jean G. Vidal Font
                              USDC No. 227811
                              Ferraiuoli LLC
                              221 Plaza, 5th Floor
                              221 Ponce de León Avenue
                              San Juan, PR 00917
                              Telephone: (787) 766-7000
                              Facsimile: (787) 766-7001
                              Email: jvidal@ferraiuoli.com

                              **ATTORNEYS FOR PLAINTIFF**
                              **SPIDER SEARCH ANALYTICS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 12, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                              */s/Eugenio J. Torres-Oyola*
                              Eugenio J. Torres-Oyola