**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **SPIDER SEARCH ANALYTICS LLC** § | | |
| § | | |
| Plaintiff, § | **CIVIL ACTION NO.** | |
| § | **6:17-cv-00162-RWS-KNM** | |
| v. § | | |
| § | **JURY TRIAL DEMANDED** | |
| **SEARS HOLDINGS MANAGEMENT** § | | |
| **CORPORATION,** § | | |
| § | | |
| Defendant. § | | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the Motion to Dismiss Voluntarily With Prejudice of all claims asserted by Plaintiff Spider Search Analytics LLC ("SSA") against Defendant Sears Holdings Management Corporation, (hereinafter "Defendant"), the Motion to Dismiss Voluntarily With Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff against Defendant are hereby dismissed with prejudice.

**SIGNED this 7th day of June, 2017.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE