IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SPIDER SEARCH ANALYTICS LLC | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | 6:17-cv-00162-RWS-KNM |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| SEARS HOLDINGS MANAGEMENT CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Order Granting Plaintiff Plaintiff Spider Search Analytics LLC's Motion to Dismiss Volunarily With Prejudice, the Court hereby enters Final Judgment. It is therefore

ORDERED, ADJUDGED and DECREED that all attorneys' fees, expenses and costs are to be borne by the party that incurred them.

The Clerk of the Court is directed to close this case.

**SIGNED this 7th day of June, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE